# Notice to Trustee

NORFOLK DIVISION
FILED
DEC - 8 2014
FILED

**Employee SSN:** _____   **Case No:** 14-74175-SCS

**Employee Name:** BENJAMIN WHITLEY

**Employer Name:** Perdue Foods LLC

**Employer Address:** 31149 Old Ocean City Rd

Salisbury, MD 21802

**Date bankruptcy received:** _____
Debtor is _____ is not __X__ employed

**Debtor Status:** Terminated    **Status Date:** 06/28/2014

**Debtor last known address:** _____

*Tina Rites* (signature)
Signature of Garnishee
Tina Rites
Printed Name
Corporate Payroll Manager
Title
(866) 324-5191
Telephone Number

12/01/2014
Date

Perdue Foods LLC

P.O. Box 1537

Salisbury, MD  21802-1537

1502

BANKRUPTCY CLERKS OFFICE
600 GRANBY ST
ROOM 400
NORFOLK, VA  23510

14-74175-SCS